166 F.3d 1205
 Kim Fioriglio
v.
State of New Jersey, Department of Personnel, Linda
Anselmini, Commissioner of Personnel, Individually, Anthony
J. Cimino, Retired Director of Personnel, Individually,
Robert Maurer, Retired Director of Department of Personnel,
Steve Gordon, John Kraus, Chris Levy, John Does, Jane Does,
1-100, Addresses Presently Unknown, as those who had
responsibility to perform all duties to execute a
promotional examination for Rank of Battalion Fire
 NO. 96-5756
 United States Court of Appeals,
Third Circuit.
 August 21, 1998
 
 Appeal From: D.N.J. ,No.95-03422 ,
 Irenas, J.
 
 
 1
 Affirmed.